1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney          *E-FILED 12/27/06*
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  MIKHAIL BENENSON,                    )    No. C 06-6984 RS
                                         )
13              Plaintiff,               )
                                         )
14       v.                              )    **STIPULATION TO DISMISS; AND**
                                         )    **[PROPOSED] ORDER**
15  Department of Homeland Security,     )
    Michael Chertoff, Secretary; U.S.    )
16  Attorney General, Alberto Gonzales;  )
    United States Citizenship and Immigration )
17  Services, Emilio T. Gonzalez, Director; )
    United States Citizenship and Immigration )
18  Services, Alfonso Aguilar, Chief; United )
    States Citizenship and Immigration   )
19  Services, David Still, District Director, )
                                         )
20              Defendants.              )
                                         )
21
22       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24  action without prejudice in light of the fact that the United States Citizenship and Immigration

25  Services is now prepared to adjudicate Petitioner's application for naturalization and agrees to do

26  so within 30 days of the dismissal of this action.

27       Each of the parties shall bear their own costs and fees.

28  ///

    Stipulation to Dismiss
    C 06-6984 RS

1   Date: December 26, 2006

2

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

3

4

5                                    /s/
ILA C. DEISS
Assistant United States Attorney
6                               Attorneys for Defendants

7

8

9   Date: December 22, 2006
                                     /s/
MONICA KANE
Attorney for Plaintiff

10

11

12

13                               **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.
14

15

16   Date:    December 27, 2006

RICHARD SEEBORG
17   United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss
C 06-6984 RS                          2